IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT BOOKER,**

    Plaintiff,

vs.                                                  5:03-CV-308-SPM

**WARDEN MONICA WETZEL and
UNITED STATES OF AMERICA,**

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 6) dated September 22, 2005. The parties have been furnished a copy and have been afforded an opportunity to file objections. Plaintiff filed his objections on October 21, 2005 (doc. 8).

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made. Plaintiff fails to understand that the court did, in fact, set a schedule for payment. The administrative supervision of those payments, on the other hand, may properly be delegated to the discretion of the Bureau of Prisons. The court

fulfilled its judicial function by determining the amount and time of payment.  The Bureau's Inmate Financial Responsibility Program ("IFRP") is designed to assist the inmate in meeting the court-imposed financial obligations in a timely manner. The IFRP is not, by any stretch, cruel or unusual punishment, and Plaintiff's arguments to the contrary are unavailing.  Accordingly, it is

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 6) is adopted and incorporated by reference in this order.

2. Plaintiff's petition for writ of habeas corpus (doc. 1) is hereby *denied*.

3. This case is *dismissed with prejudice*.

**DONE AND ORDERED** this eighth day of November, 2005.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao